# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**                                                                                               **Long Island**
420 Lexington Ave., Ste 2821                                                    600 Old Country Rd., Ste. 410
New York, New York 10170                                                      Garden City, New York 11530
T.212.681.6400                                                                                     T. 516.858.2115

February 20, 2026

**VIA EMAIL AND ECF**

United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

      *Re*:    *Kladny v. Deza*
                26-389

Dear Clerk of Court:

      Pursuant to Local Rule 4.3 of this Court, Appellant respectfully writes this letter to inform this Court that this appeal includes a claim under the 1980 Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, 22 U.S.C. § 9001 et seq.

                                                                     Truly yours,

                                                                     */s/Michael Banuchis*
                                                                     Michael Banuchis

CC: All counsel (ECF)