**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: March 13, 2026
Docket #: 26-389
Short Title: Kladny v. Deza

DC Docket #: 2:25-cv-5754
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Trial Judge - Orelia E. Merchant

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8588.